UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON HUDSON,

        Petitioner,

                            CASE NO. 2: 06-12756

v.                             HONORABLE MARIANNE O. BATTANI

BLAINE LAFLER,

        Respondent.
_____/

## ORDER COMPELLING PRODUCTION OF STATE COURT RECORD

This is a habeas corpus action under 28 U.S.C. § 2254. Respondent filed an answer to the habeas petition about nine months ago, but not the state court materials needed to adjudicate the issues. Accordingly,

**IT IS ORDERED** that Respondent file a copy of any prior decisions, pleadings, briefs and/or transcripts needed to adjudicate the issues within twenty-one (21) days of the date of this order. *See* Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

                              S/R. Steven Whalen
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 17, 2007.

                              S/G. Wilson
                              Judicial Assistant